**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6530**

_____

ALBERT CURTIS MILLS,

        Plaintiff - Appellant,

   v.

WES MOORE,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Theodore D. Chuang, District Judge.  (1:23-cv-00339-TDC)

_____

Submitted:  July 25, 2023                    Decided:  July 28, 2023

_____

Before WYNN and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Albert Curtis Mills, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Albert Curtis Mills appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B)(i).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Mills v. Moore*, No. 1:23-cv-00339-TDC (D. Md. May 10, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*